IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JUANITA NIETO AND JUAN NIETO § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | CIVIL ACTION NO.: _____ | |
| § | JURY DEMANDED | |
| AEP TEXAS INC., § | | |
| § | | |
| Defendant. § | | |

### DEFENDANT AEP TEXAS INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES AEP Texas Inc., and respectfully submits this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

### I.    INTRODUCTION

1. AEP Texas Inc. (hereinafter "AEP") is a foreign corporation with its principal place of business in Ohio. (See Exhibit 1, Affidavit of Thomas G. Berkemeyer).

2. Plaintiffs Juanita Nieto and Juan Nieto are individuals who reside in Hidalgo County, Texas. (See Exhibit 3, Pltfs' Orig. Pet., pg. 2).

3. On January 5, 2022, Plaintiffs sued Defendant for negligence and gross negligence in the County Court at Law No. 8 of Hidalgo County, Texas.

4. Defendant was served with the suit on January 12, 2022. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

5. Plaintiffs and Defendant are diverse parties, and Plaintiffs' claims exceed $75,000.00, therefore, this suit is subject to removal to federal court.

## II. BACKGROUND

6. This suit arises out of alleged damages to Plaintiffs' property, more specifically, a shed used for storing Plaintiffs' tools, equipment and personal items. Plaintiffs allege that a fire from a nearby utility pole ignited and burned the shed and the items contained therein. Plaintiff further alleges that the damages to their property are a result of AEP's failure to inspect, maintain, repair, and/or remove the equipment, transformers, lines and poles that were located near the shed.

7. Plaintiffs filed their Original Petition in County Court at Law No. 8 in Hidalgo County, Texas on January 5, 2022. AEP received notice of the lawsuit on January 12, 2022. Accordingly, Defendant files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## III. BASIS FOR REMOVAL – DIVERSITY JURISDICTION

8. Federal courts have jurisdiction over actions where the amount in controversy exceeds $75,000.00 and the parties are citizens of different states. 28 U.S.C. § 1332(a).

9. Plaintiffs' petition alleges that they are residents of Texas. (Exhibit 3, Pltfs' Orig. Pet., pg. 2). Defendant is a Delaware Corporation with its principal place of business in Ohio. *See* 28 U.S.C. § 1332 (c)(1). (See Exhibit 1, Affidavit of Thomas G. Berkemeyer). Thus, this action is removable under 28 U.S.C. § 1332 because the parties are diverse.

10. The southern district Brownsville division (Judge Rolando Olvera) has previously determined that AEP is diverse and has its principal place of business in Ohio. (See *Gremillion v. AEP Texas Central Company* 2018 WL 1308541, S.D.Tex., Jan. 17, 2018, adopted at 2018 WL 1305554, S.D.Tex., Mar. 12, 2018).

## IV. AMOUNT IN CONTROVERSY AND VENUE

11. Plaintiffs have pled damages in excess of the statutory minimum of $75,000.00 for purposes of diversity jurisdiction. 28 U.S.C. §§ 1332(a) and 1441(b). Plaintiffs seek monetary damages of no more than $250,000.00. (Exhibit 3, Pltf's Orig. Pet., pg. 1).

12. Venue for this removal is proper under 28 U.S.C. § 1441(b) because this Court is the United States District Court for the district and division corresponding to Hidalgo County, Texas, the place where the state court action is pending.

## V. JURY DEMAND

13. AEP Texas Inc. did not request a trial by jury.

## VI. PAPERS FROM THE REMOVED ACTION

14. Pursuant to Local Rule 81, the following documents are attached to this Notice of Removal:

   Exhibit 2:   All executed process in the case;

   Exhibit 3:   Pleadings asserting causes of action and all answers to such pleadings;

   Exhibit 4:   The docket sheet;

   Exhibit 5:   An index of matters being filed; and

   Exhibit 6:   A list of all counsel of record, including addresses, telephone numbers, and parties represented.

15. AEP Texas Inc. has served all parties with a copy of this Notice of Removal and forwarded it for filing with the Clerk for the County Court at Law, Hidalgo County, Texas, Cause No. CL-22-0056-H; *Juanita Nieto and Juan Nieto v. AEP Texas Inc.*; in County Court at Law No. 8, Hidalgo County, Texas, in accordance with 28 U.S.C. § 1446(d).

## VII.   CONCLUSION

16. In accordance with 28 U.S.C. § 1441, AEP Texas Inc. may properly remove the state court action to this Court because: (1) it is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas, McAllen Division; (2) Plaintiffs and Defendant are diverse; and (3) exclusive of interest and costs, the amount in controversy exceeds $75,000.00.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.

By: /s/ Alexandro Benavides
ALEXANDRO BENAVIDES
Attorney in Charge
State Bar No.: 24054945
Federal ID No.: 1532131
abenavides@jgkl.com
2300 West Pike Blvd., Suite 300
Weslaco, Texas 78596
(956) 968-5402
(956) 969-9402 – Fax

OF COUNSEL:

ROBERT L. GALLIGAN
State Bar No.: 07590500
Federal ID No.: 8041
bgalligan@jgkl.com
LANCE A. KIRBY
State Bar No.: 00794096
Federal ID No.: 21811
lakirby@jgkl.com
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Suite 300
Weslaco, Texas 78596
(956) 968-5402
(956) 969-9402 – Fax

ATTORNEYS FOR DEFENDANT
**AEP TEXAS INC.**

## **CERTIFICATE OF SERVICE**

I certify that on February 11, 2022, a copy of **Defendant AEP Texas Inc.'s Notice of Removal** was electronically filed using the CM/ECF system, which will automatically serve a Notice of Filing on the following attorneys:

Hector Bustos
LAW OFFICE OF HECTOR BUSTOS, P.L.L.C.
220 S. Jackson Road
Edinburg, Texas 78539
Attorneys for Plaintiffs

/s/ *Alexandro Benavides*
ALEXANDRO BENAVIDES